IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| THOMAS H. CLAY, #1124123 | § | |
| VS. | § | CIVIL ACTION NO. 9:05cv51 |
| OFFICER SPITZ, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Thomas H. Clay, an inmate previously confined at the Eastham Unit of the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the lawsuit should be dismissed pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g). The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. He likewise failed to show that the exception to § 1915(g) is applicable. The objections lack merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the cause of action is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). The Plaintiff's *in forma pauperis* status is

revoked.  The Plaintiff may resume the lawsuit if he pays the entire filing fee of $250 within thirty days from the entry of this order.  *See Carson v. Johnson*, 112 F.3d 818, 823 (5th Cir. 1997).  It is finally

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this the 9  day of **May, 2006.**

_____
Thad Heartfield
United States District Judge